153 So. 893

## Birdie BETHUNE et al. v. STATE.
### 7 Div. 248.

Supreme Court of Alabama.
March 29, 1934.

J. A. Johnson, of Fort Payne, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Petition of Birdie Bethune and Walter Bethune for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bethune et al. v. State, 153 So. 892.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.